UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TEODOR BOTAS,

        Plaintiff,

v.                                              Case No. 5:04-CV-2

GEORGIA PACIFIC CO.,                HON. GORDON J. QUIST

        Defendant.
_____/

## ORDER TO SHOW CAUSE

      This matter was referred to Voluntary Facilitative Mediation upon consent of all parties. Plaintiff has failed to pay his share of the Mediator's fees. On March 31, 2006, this Court issued an order directing Plaintiff to pay the sum of $1,345.30 to William W. Jack, Jr. within 14 days or show cause in writing why said sum should not be paid. Plaintiff has failed to pay the fee or show cause in writing. Therefore;

      **IT IS HEREBY ORDERED** that Plaintiff and his attorney shall appear **on May 15, 2005 at 4:00 p.m.** to show cause why they should not be held in contempt for failure to comply with this Court's Order dated March 31, 2005.

Dated: April 25, 2006                                           /s/Gordon J. Quist
                                                                          GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE